UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

COUNTY OF QUEENS

**Plaintiff / Petitioner:**

Merlyn Abreu de los Santos

**Defendant / Respondent:**

The Hindue Temple society of North America and Uma
Mysorekar and Gonzalo Guevera, individually

**AFFIDAVIT OF SERVICE**

Index No:
1:15-cv-07235-FB-SMG

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at 8932 184th Place-Hollis, N.Y. 11423. That on Tue, Jan 12 2016 AT 12:43 PM AT 45- 57 BOWNE STREET, FLUSHING, NY , NY 11355 deponent served the within SUMMONS IN A CIVIL ACTION (Received Jan 9, 2016 at 4:00pm EST), Amended COMPLAINT (Received Dec 9, 2015 at 4:00pm EST) on The Hindu Temple Society of North America

| | |
|---|---|
| ☐ | **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein. |
| ☐ | **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof. |
| ☒ | **Suitable Person:** by delivering thereat, a true copy of each to Elda Guevra a person of suitable age and discretion. |
| ☐ | **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at |
| ☒ | **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known business location, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United Stated Post Office, department, with New York State. Mailed on 1-13-15 (From Postal Zip Code 11758). |
| ☐ | **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes. |

**Description:**

| Age: 44 | Ethnicity: Hispanic | Gender: Female | Weight: 165 |
|---|---|---|---|
| Height: 5'4" | Hair: Black | Eyes: Brown | Relationship: Authorized Party |

Other _____

CALVIN Chen  — Suffolk, N.Y.

Sworn to before me on 1/13/16   In the County and State of

*William S H osm*

Notary Public

Calvin Chen
1416703
SM 747497

AGENCY
WRM Security Services Inc.
87 High Meadow Lane
Riverhead, N.Y. 11901
Agency Lic. 2015203-DCA

**WILLIAM SCOTT MASERONI**
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MA6300978
Qualified in Suffolk County
My Commission Expires April 07, 2018